# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-0979, 3D24-0233
Lower Tribunal No. F12-15917

_____

**Dwayne Lebarr,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Dwayne Lebarr, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Lebarr v. State, 320 So. 3d 981 (Fla. 3d DCA 2021);

Lebarr v. State, 380 So. 3d 1150 (Fla. 3d DCA 2022).